IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT SOLOMON,

      Plaintiff,                    No. 2:08-cv-2544-WBS-JFM (PC)

  vs.

T. FELKER, et al.,

      Defendants.           ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of March 27, 2009. Good cause appearing, plaintiff's request will be granted.

        Plaintiff has also filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on October 27, 2008, November 14, 2008 and March 12, 2009. All requests were denied. In light of those orders, plaintiff's April 30, 2009 request will also be denied.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 30, 2009 motion for an extension of time is granted;

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint; and

/////

1   3.  Plaintiff's April 30, 2009 motion for appointment of counsel is denied.

DATED: June 16, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12/md
solo2544.3631thr