IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENTE SOLOMON,

        Plaintiff,                No. 2:08-cv-2544-WBS-JFM (PC)

   vs.

WARDEN T. FELKER, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed March 30, 2010, this court found that plaintiff's amended complaint states a cognizable claim for relief against twenty-eight named defendants and directed plaintiff to return, within thirty days, completed forms and copies of the amended complaint for service of process. On April 12, 2010 and April 15, 2010, plaintiff filed documents in which he alleges that prison officials are interfering with his ability to comply with the March 30, 2010 order. Good cause appearing, the court will request a response to these documents from the California Attorney General, and will grant plaintiff an extension of time to comply with the court's March 30, 2010 order.

        On April 14, 2010, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on March 12, 2009, April 30, 2009 and

1

1  December 31, 2009.  All requests were denied.  See Orders filed March 27, 2009, June 17, 2009,
2  and March 30, 2010.  For the reasons set forth in those order, plaintiff's April 14, 2010 request
3  will also be denied.
4          In accordance with the above, IT IS HEREBY ORDERED that:
5          1.  The Clerk of the Court is directed to send a copy of plaintiff's April 12, 2010
6  and April 15, 2010 requests to Monica Anderson, Supervising Deputy Attorney General,
7  Attorney General's Office of the State of California, 1300 I Street, Suite 125, P.O. Box 944255,
8  Sacramento, CA, 9424402550;
9          2.  Within twenty days from the date of this order, Supervising Deputy Attorney
10 General Anderson or a designee shall respond to the allegations in said requests concerning
11 plaintiff's ability to comply with the court's March 30, 2010 order;
12         3.  Plaintiff is granted an extension of thirty days from the date of this order in
13 which to comply with the court's March 30, 2010 order; and
14         4.  Plaintiff's April 14, 2010 motion for appointment of counsel is denied.
15 DATED: May 18, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
solo2544.o