IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT SOLOMON,

      Plaintiff,              No. 2:08-cv-2544 WBS JFM (PC)

   vs.

T. FELKER, et al.,

      Defendants.        <u>ORDER</u>

_____/

      Plaintiff has filed a motion styled as a motion for reconsideration of his request for the appointment of counsel.  Plaintiff has filed six previous motions for appointment of counsel, all of which have been denied.  As the court has explained in prior orders, the United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances at this time.  Plaintiff's latest motion for the appointment of counsel will therefore be denied.

/////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's October 25, 2010 motion

2  for reconsideration of the appointment of counsel is denied.

3  DATED: November 15, 2010.

5  UNITED STATES MAGISTRATE JUDGE

7  12
   solo2544.31(5)

2