IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT J. SOLOMON,

      Plaintiff,                        No. 2:08-cv-2544 WBS JFM (PC)

  vs.

LIEUTENANT SCHIRMER, et al.,

      Defendants.             ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 15, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. By order filed September 9, 2011, plaintiff received a thirty day extension of time to file objections. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 15, 2011, are adopted in full;

2. Plaintiff's March 10, 2011 motion for emergency transfer is denied.

3. Plaintiff's April 25, 2011 motion for emergency injunction is denied.

4. Plaintiff's May 10, 2011 motion for emergency injunction is denied.

5. Plaintiff's June 24, 2011 motion for emergency injunction is denied.

DATED:   November 3, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/solo2544.801