1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VINCENT SOLOMON,
                                              No. 2:08-cv-2544 WBS JFM (PC)
11            Plaintiff,

12       v.

13   T. FELKER, et al.,

14            Defendants.                     ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  By order filed December 23, 2011, plaintiff's second amended complaint was

18   dismissed with leave to file a third amended complaint.  Plaintiff filed a third amended complaint

19   on January 9, 2012.  On January 23, 2012, defendants filed a motion requesting that the court

20   screen the third amended complaint pursuant to 28 U.S.C. § 1915 or, in the alternative, for a

21   thirty-day extension of time to respond to the third amended complaint.

22            Good cause appearing, IT IS HEREBY ORDERED that:

23            1.  Defendants' January 23, 2012 motion requesting the court to screen the third

24   amended complaint is granted; and

25   /////

26   /////

1

1          2.  Defendants shall not respond to the third amended complaint until further

2   order of the court.

3   DATED: February 6, 2012.

4

5                                          _____

6                                          UNITED STATES MAGISTRATE JUDGE

7

8   12
    solo2544.scr

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26