IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT SOLOMON,

    Plaintiff,

    v.

T. FELKER, et al.,

    Defendants.

No. 2:08-cv-2544 WBS JFM (PC)

ORDER

_____/

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed December 23, 2011, plaintiff's second amended complaint was dismissed with leave to file a third amended complaint. Plaintiff filed a third amended complaint on January 9, 2012. On January 23, 2012, defendants filed a motion requesting that the court screen the third amended complaint pursuant to 28 U.S.C. § 1915 or, in the alternative, for a thirty-day extension of time to respond to the third amended complaint.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendants' January 23, 2012 motion requesting the court to screen the third amended complaint is granted; and

/////

/////

2.  Defendants shall not respond to the third amended complaint until further order of the court.

DATED: February 6, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
solo2544.scr