IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT J. SOLOMON,

    Plaintiff,                  No. 2:08-cv-2544 JFM P

    vs.

LIEUTENANT SCHIRMER, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding before a United States Magistrate Judge with the consent of the parties pursuant to 28 U.S.C. § 636(c). See Order filed February 8, 2012.

        By order filed September 27, 2012, counsel for defendants was directed to inform the court in writing within twenty days whether counsel would accept service of the fourth amended complaint on behalf of defendant Hutchingson. On October 17, 2012, counsel filed a response indicating that counsel will accept service of process on behalf of said defendant. Counsel represents that said defendant's last name is Hutchinson, and requests that defendant Hutchinson be permitted to respond to the fourth amended complaint with the other defendants. That will be the order of the court.

        In accordance with the above, IT IS HEREBY ORDERED that:

1

1. The fourth amended complaint is deemed amended to change the spelling of the defendant identified therein as Hutchingson to Hutchinson; and

2. Defendant Hutchinson shall respond to the fourth amended complaint with the other defendants as set forth in this court's order filed September 27, 2012.

DATED: October 18, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
solo2544.accsvc