UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SOLOMON,<br><br>        Plaintiff,<br><br>   v.<br><br>T. FELKER, et al.,<br><br>        Defendants. | No.  2:  08-cv-2544 KJN P<br><br><br>ORDER |

     Pending before the court is defendants' motion to modify the scheduling order. Defendants request a thirty day extension of time to file a dispositive motion.

     Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Defendants' motion to modify the scheduling order (ECF No. 126) is granted; and

    2.  The July 30, 2014 deadline for filing dispositive motions is vacated and reset to August 29, 2014.

Dated:  July 30, 2014

                                                      KENDALL J. NEWMAN<br>
Sol2544.ord                                        UNITED STATES MAGISTRATE JUDGE