UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SOLOMON, | No. 2: 08-cv-2544 KJN P |
| Plaintiff, | |
| v. | ORDER |
| T. FELKER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion to compel defendants to respond to interrogatories.  (ECF No. 128.)  Pursuant to the mailbox rule, this motion was filed August 15, 2014.  (Id. at 4.)  For the following reasons, this motion is denied.

On March 12, 2014, the court extended the deadline to complete discovery to May 6, 2014.  (ECF No. 121.)  Plaintiff's motion to compel is untimely.  Accordingly, this motion is denied.

Also pending is defendants' second motion for an extension of time to file a dispositive motion.  (ECF No. 129.)  Defendants request a fourteen day extension.  Good cause appearing, defendants' motion is granted.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (ECF No. 128) is denied; and
2. Defendants' motion for an extension of time (ECF No. 129) is granted; the dispositive motion filing deadline is extended to September 12, 2014.

Dated:  September 3, 2014

Sol2544.eot

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE