UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SOLOMON, | No. 2: 08-cv-2544 KJNP |
| Plaintiff, | |
| v. | ORDER |
| T. FELKER, et al., | |
| Defendants. | |

By order filed June 19, 2015, this court directed plaintiff to file a pretrial statement on or before August 21, 2015.  Plaintiff has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause for his failure to file a pretrial statement; plaintiff shall also file his pretrial statement within that time; failure to respond to this order will result in dismissal of this action.

Dated:  September 11, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Sol2544.osc(2)

kc

1