x

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SOLOMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. FELKER, et al.,<br><br>　　　　Defendants. | No. 2: 08-cv-2544 KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 12, 2016, the court dismissed this action and judgment was entered. (ECF Nos. 180, 181.)

　　　On February 26, 2016, plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals. (ECF No. 182.) Plaintiff's notice of appeal also included a request for a settlement conference and for a court order directing prison officials to issue to plaintiff his six boxes of legal work. Because this action is now on appeal to the Ninth Circuit, these requests should be addressed to the Ninth Circuit.

　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a court order (ECF No. 182) is disregarded.

Dated: April 6, 2016

Sol2544.app(kc)

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1